IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RONNAL J. COLLINS,

    Plaintiff,

v.           No. CV 22-143 GJF/CG

BIANCA ZAMBRANO, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. On May 31, 2022, the Court set this matter for a telephonic Rule 16 Scheduling Conference to be held on Wednesday, July 6, 2022, at 11:00 a.m. (Doc. 3 at 3). Plaintiff has since indicated that the parties have not been able to meet and confer. *See* (Doc. 4 at 1).

**IT IS THEREFORE ORDERED** that the Rule 16 Scheduling Conference set for **July 6, 2022**, is hereby **VACATED**.

**IT IS FURTHER ORDERED** that by **July 6, 2022**, Defendants shall meet and confer with Plaintiff, and shall file a Joint Status Report and Provisional Discovery Plan, as described in the Court's *Initial Scheduling Order*, (Doc. 3), or show cause as to why they are unable to comply with the Court's Order.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE