IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RONNAL J. COLLINS,

    Plaintiff,

v.                                                            No. CV 22-143 GJF/CG

BIANCA ZAMBRANO, et al.,

    Defendants.

### ORDER RESETTING RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court upon communication from counsel.

**IT IS HEREBY ORDERED** that by **July 12, 2022**, Defendants shall meet and confer with Plaintiff, and shall file a Joint Status Report and Provisional Discovery Plan, as described in the Court's *Initial Scheduling Order*, (Doc. 3), or show cause as to why they are unable to comply with the Court's Order.

**IT IS FURTHER ORDERED** that the Rule 16 Scheduling Conference is **RESET** for **Tuesday, July 19, 2022, at 2:00 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE