IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RONNAL J. COLLINS,

    Plaintiff,

v.                                                   No. CV 22-143 GJF/CG

BIANCA ZAMBRANO, et al.,

    Defendants.

## ORDER QUASHING SHOW CAUSE ORDER

**THIS MATTER** is before the Court on its *Order to Show Cause*, (Doc. 8), filed June 30, 2022. The Court ordered Defendants to meet and confer and file a Joint Status Report, or show cause why they are unable to do so. (Doc. 8 at 1). Since then, counsel has met and conferred, and Defendants have filed their *Joint Status Report and Provisional Discovery Plan*, (Doc. 10). The Court finds this to be satisfactory.

**IT IS THEREFORE ORDERED** that the Court's *Order to Show Cause*, (Doc. 8), is **QUASHED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE