IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RONNAL J. COLLINS,

    Plaintiff,

v.                                          No. CV 22-143 GJF/CG

BIANCA ZAMBRANO, et al.,

    Defendants.

## ORDER RESETTING RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court upon communication from counsel.

**IT IS HEREBY ORDERED** that the Rule 16 Scheduling Conference set for Tuesday, July 19, 2022, at 2:00 p.m. is **RESET** for **Thursday, July 28, 2022, at 2:30 p.m.** The parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE