IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RONNAL J. COLLINS,**

    **Plaintiff,**

v.                                                                                     No. CV 22-143 DHU/KRS

**BIANCA ZAMBRANO, individually
and d/b/a NGM TRANSPORTATION;
NGM TRANSPORTATION, a sole proprietorship;
and RIGOBERTO AYALA-LUJAN,**

    **Defendants.**

## STIPULATED ORDER EXTENDING EXPERT DISCLOSURE AND DISCOVERY DEADLINES

    **THIS MATTER** is before the Court on Plaintiff's Stipulated Motion to Extend Expert Disclosure and Discovery Deadlines (the "Motion"), (Doc. 29), filed September 22, 2022. In the Motion, Plaintiff requested an extension of the deadlines for expert disclosures and discovery in order to complete necessary discovery and have Plaintiff medically evaluated. *Id*. at 1-2. Plaintiffs also explain that moving these deadlines will not affect the trial setting or other pretrial deadlines. *Id*. The Court, having considered the Motion and noting it is stipulated, finds the Motion is well-taken and shall be **GRANTED**.

    **IT IS THEREFORE ORDERED** that Plaintiff's Stipulated Motion to Extend Expert Disclosure and Discovery Deadlines, (Doc. 29), is **GRANTED**, and the parties' deadlines are extended as follows:

    1) Expert disclosures are due from Plaintiff by **December 9, 2022**;

    2) Expert disclosures are due from Defendant by **January 20, 2023**;

    3) Discovery shall terminate **April 14, 2023**;

4) Motions relating to discovery are due **May 3, 2023**; and

5) All other motions[1] are due **May 15, 2023**.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**APPROVED AS TO FORM AND CONTENT:**

| | |
|---|---|
| For Plaintiff | /s/ Mitchell E. McCrea<br>Mitchell E. McCrea<br>Robert D. Crain<br>**CRAIN BROGDON, L.L.P.**<br>3400 Carlisle Street, Suite 200<br>Dallas, Texas 75204<br>Telephone: (214) 522-9404<br>Facsimile: (214) 613-5101<br>mmccrea@crainbrogdon.com<br>rcrain@crainbrogdon.com |
| For Defendants | /s/ Justin Goodman<br>**RESNICK & LOUIS, P.C.**<br>Justin D. Goodman<br>Ryan C. Schotter<br>5600 Eubank Blvd., NE, Suite 220<br>Albuquerque, NM 87111<br>Telephone: (505) 559-4983<br>jgoodman@rlattorneys.com<br>rschotter@rlattorneys.com |

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a _Daubert_ hearing, but otherwise does not apply to motions _in limine_. The Court will set a motions _in limine_ deadline in a separate order.